Gary R. Luloff, WSBA #20287
WAGNER, LULOFF & ADAMS, P.L.L.C.
110 North 5th Avenue, Suite 200
Yakima, WA 98902
(509) 248-5010

Paul H. Beattie, WSBA #30277
EDGLEY & BEATTIE, P.S.
201 East D Street
Yakima, WA 98901
(509) 248-1740

**Attorneys for Defendants**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 01 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIM VINING REAL ESTATE APPRAISER AND CONSULTANTS, INC., a Washington corporation,<br><br>          Plaintiff,<br>vs.<br><br>CLARK JENNINGS & ASSOCIATES, INC., a Washington corporation; STEVE WEBER, and his marital community; HENRY JOHNSON, and his marital community; SCOTT ANDERSON, and his marital community; and JIM O'CONNOR, and his marital community,<br><br>          Defendants. | NO.   CV-04-3110-RHW<br><br>STIPULATED PROTECTIVE ORDER |

## *STIPULATION*

Plaintiff, TIM VINING REAL ESTATE APPRAISER AND CONSULTANTS, INC., and Defendants, CLARK JENNINGS & ASSOCIATES, INC., STEVE WEBER, HENRY JOHNSON, SCOTT ANDERSON, and JIM O'CONNOR, agree that it would serve their respective interests to conduct discovery of Defendants' business and financial information

STIPULATED PROTECTIVE ORDER

Page 1

**Wagner, Luloff & Adams**
*Attorneys At Law*
A PROFESSIONAL LIMITED LIABILITY COMPANY
110 N. Fifth Ave., Suite 200
Yakima, WA 98902  tel. (509)248-5010
fax (509)248-4970    WLA@WLAlaw.org

under a Protective Order, in order to avoid disputes during the discovery process. The parties stipulate as follows:

1. The term "business and financial records" shall mean the following documents produced by Defendants in response to interrogatories, requests for production, and initial disclosures:

### Clark Jennings & Associates, Inc.

(a) Clark Jennings & Associates, Inc., Profit & Loss by Class, December 2000 through November 2001

(b) Clark Jennings & Associates, Inc., Profit & Loss by Class, December 2001 through November 2002

(c) Clark Jennings & Associates, Inc., Profit & Loss by Class, December 2002 through November 2003

(d) Clark Jennings & Associates, Inc., Financial Statements and Accountants' Review Report, November 30, 2001 and 2000

(e) Clark Jennings & Associates, Inc., Financial Statements and Accountants' Review Report, November 30, 2002 and 2001

(f) Clark Jennings & Associates, Inc., Financial Statements, November 30, 2003 and 2002

(g) Clark Jennings & Associates, Inc., Financial Statements, November 30, 2004 and 2003

(h) 2000 Form 1120, U.S. Corporation Income Tax Return, for Clark Jennings & Associates, Inc., with attached schedules

(i) 2001 Form 1120, U.S. Corporation Income Tax Return, for Clark Jennings & Associates, Inc., with attached schedules

(j) 2002 Form 1120, U.S. Corporation Income Tax Return, for Clark Jennings & Associates, Inc., with attached schedules

(k) 2002 Form 1120X, Amended U.S. Corporation Income Tax Return, for Clark Jennings & Associates, Inc., with attached schedules

STIPULATED PROTECTIVE ORDER

Page 2

Wagner, Luloff & Adams
*Attorneys At Law*
A PROFESSIONAL LIMITED LIABILITY COMPANY
110 N. Fifth Ave., Suite 200
Yakima, WA 98902   tel. (509)248-5010
fax (509)248-4970   WLA@WLAlaw.org

(l) Clark Jennings & Associates, Inc., Real Estate Sales Division, Monthly Reports, 12/31/01 through 04/30/03

(m) Commission split calculation spreadsheets for Clark Jennings & Associates, Inc., 01/22/02 through 02/21/03

(n) Clark Jennings & Associates, Inc., Profit & Loss, December 2001 through November 2002

(o) Clark Jennings & Associates, Inc., Profit & Loss, December 2002 through November 2003

(p) Clark Jennings & Associates, Inc., Vendor QuickReports for Steve Weber and R. Henry Johnson

(q) Clark Jennings & Associates, Inc., Transaction Journal, October 2, 2003

(r) CJA Earnings on AB Hop Transactions, 05/02/05

(s) QuickBooks accounting system CD for Clark Jennings & Associates, Inc.

### Jim O'Connor

(t) 2002 U. S. Return of Partnership Income for Columbia Investments 2000, LLC, with attached schedules.

(u) 2003 U. S. Return of Partnership Income for Columbia Investments 2000, LLC, with attached schedules.

(v) 2004 Form 1099-MISC to Columbia Investments 2000, LLC, from Clark Jennings & Associates, Inc.

(w) Estimated 2004 Form 1065 Overflow Statement for Columbia Investments 2000, LLC

### Scott Anderson

(x) Tax return for Scott Anderson for the year 2002, subject to Stipulated Protective Order

STIPULATED PROTECTIVE ORDER

Page 3

Wagner, Luloff & Adams
*Attorneys At Law*
A PROFESSIONAL LIMITED LIABILITY COMPANY
110 N. Fifth Ave., Suite 200
Yakima, WA 98902  tel. (509)248-5010
fax (509)248-4970   WLA@WLAlaw.org

It is agreed by the parties that the business and financial records are properly designated as confidential.

2.  Information designated as confidential may be used in depositions, without the necessity of sealing the documents first, and may be shown to persons at the depositions, provided there is a need to do so.

3.  The parties agree that in the event that any of the materials described in this Stipulated Protective Order are filed with the Court as an exhibit to a pleading, the parties shall request that the Court seal the exhibit.

4.  If this action proceeds to trial, the degree to which discovery materials produced pursuant to this Stipulated Protective Order remain confidential, and the manner in which the materials will be used at trial will be determined by the agreement of the parties or order of the Court. Nothing contained in this Stipulated Protective Order affects in any way or to any degree, the admissibility of any discovery material or any information disclosed under the terms of this Stipulated Protective Order. The admissibility of such material and information shall be governed by the Federal Rules of Evidence and Federal Rules of Civil Procedure, in the same manner as any other potential evidence in the case.

5.  Except as provided in this Stipulated Protective Order, discovery materials designated as confidential and information disclosed in the materials shall be held strictly in confidence and shall not be disclosed to anyone else by the parties or their attorneys.

6.  Any copies or reproductions of discovery materials designated as confidential for use in connection with this litigation, absent an order negating such designation, shall be used only for that purpose.

7.  Persons assisting counsel in preparation of this litigation, except as described in Paragraph 8 below, including consulting and trial experts, may be provided access to the information, but only upon showing them this Stipulated Protective Order, and advising them that they are bound by its terms.

8.  Notwithstanding the terms of this Stipulated Protective Order, the business and financial records designated as confidential, identified in Paragraph 1 above, shall not be

STIPULATED PROTECTIVE ORDER

Page 4

**Wagner, Luloff & Adams**
*Attorneys At Law*
A PROFESSIONAL LIMITED LIABILITY COMPANY
110 N. Fifth Ave., Suite 200
Yakima, WA 98902  tel. (509)248-5010
fax (509)248-4970   WLA@WLAlaw.org

disclosed to Tim Vining Real Estate Appraiser and Consultants, Inc., or Tim Vining. In addition, the materials described in Paragraph 1 shall not be disclosed to or used in any manner by any of counsel's other clients, experts, or parties in any other action involving Defendants.

9. Absent a Court order, any document designated as confidential under this Stipulated Protective Order shall be held confidential by the parties and their attorneys and shall not be disclosed to any other person or made use of for any other purpose, except as necessary in the prosecution or defense of this action, or in any related administrative proceeding, mediation, or arbitration involving the parties to this Stipulated Protective Order. Confidential information under this Stipulated Protective Order may be disclosed to such persons, only after they have been shown this Stipulated Protective Order, and they have agreed to be bound by its terms.

10. The provisions of this Stipulated Protective Order shall not terminate at the conclusion of this action. Within 120 days after final conclusion of all aspects of this action, stamped confidential documents, and all copies of the same, shall be returned to the party or person that produced the documents, or at the option of the producer, destroyed. All counsel of record shall make certification of compliance herewith and shall deliver the same to counsel for the party who produced the documents not more than 150 days after final termination of this action.

11. Review of the confidential documents and information by counsel, experts, or consultants for the parties in this action shall not waive the confidentiality of the documents or objections to production. The inadvertent and unintentional disclosure of confidential documents and information shall not, under any circumstances, be deemed a waiver, in whole or in part, of any party's claims of confidentiality.

12. Nothing contained in this Stipulated Protective Order and no action taken pursuant to it shall prejudice the right of any party to contest the alleged relevancy, admissibility or discoverability of the confidential documents and information sought.

STIPULATED PROTECTIVE ORDER

Page 5

**Wagner, Luloff & Adams**
*Attorneys At Law*
A PROFESSIONAL LIMITED LIABILITY COMPANY
110 N. Fifth Ave., Suite 200
Yakima, WA 98902   tel. (509)248-5010
fax (509)248-4970   WLA@WLAlaw.org

DATED this 16th day of May, 2005.

s/ Gary R. Luloff, WSBA #20287  
Wagner, Luloff & Adams, P.L.L.C.  
110 North 5th Avenue, Suite 200  
Yakima, WA 98902  
Telephone: (509) 248-5010  
Fax: (509) 248-4970  
E-mail: wla@wlalaw.org

s/ Paul H. Beattie, WSBA #30277  
Edgley & Beattie, P.S.  
201 East D Street  
Yakima, WA 98901  
Telephone: (509) 248-1717  
Fax: (509) 248-1573  
E-mail: hrappgray@aol.com

s/ Patrick H. Ballew, WSBA #16939  
s/ Quinten S. Bowman, WSBA #35064  
Stratton Ballew, P.L.L.C.  
213 South 12th Avenue  
Yakima, WA 98902  
Telephone: (509) 453-1319  
Fax: (509) 453-4704  
E-mail: pballew@strattonballew.com  
qbowman@strattonballew.com

**ORDER**

IT IS SO ORDERED.

DONE IN OPEN COURT this 30 day of May, 2005.

_____  
Judge

STIPULATED PROTECTIVE ORDER

Page 6

**Wagner, Luloff & Adams**  
*Attorneys At Law*  
A PROFESSIONAL LIMITED LIABILITY COMPANY  
110 N. Fifth Ave., Suite 200  
Yakima, WA 98902 tel. (509)248-5010  
fax (509)248-4970 WLA@WLAlaw.org

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

> Patrick H. Ballew
> Stratton Ballew, P.L.L.C.
> 213 South 12th Avenue
> Yakima, WA 98902
>
> Quinten S. Bowman
> Stratton Ballew, P.L.L.C.
> 213 South 12th Avenue
> Yakima, WA 98902
>
> Paul H. Beattie
> Edgley & Beattie, P.S.
> 201 East D. Street
> Yakima, WA 98901

> s/ Gary R. Luloff
> Wagner, Luloff & Adams, P.L.L.C.
> 110 North 5th Avenue, Suite 200
> Yakima, WA 98902
> Telephone: (509) 248-5010
> Fax: (509) 248-4970
> E-mail: wla@wlalaw.org

STIPULATED PROTECTIVE ORDER

Page 7

**Wagner, Luloff & Adams**
*Attorneys At Law*
A PROFESSIONAL LIMITED LIABILITY COMPANY
110 N. Fifth Ave., Suite 200
Yakima, WA 98902  tel. (509)248-5010
fax (509)248-4970   WLA@WLAlaw.org