|   |   |   |
|---|---|---|
| 1 | Patrick H. Ballew, WSBA No. 16,939 | The Honorable Robert H. Whaley |
| 2 | Quinten S. Bowman, WSBA No. 35,064 | |
|   | STRATTON BALLEW PLLC | FILED IN THE |
| 3 | 213 S. 12th Avenue | U.S. DISTRICT COURT |
|   | Yakima, Washington 98902 | EASTERN DISTRICT OF WASHINGTON |
| 4 | (509) 453-1319 | OCT 03 2005 |
| 5 |   | JAMES R. LARSEN, CLERK |
| 6 | Attorneys for Plaintiff | DEPUTY |
|   |   | SPOKANE, WASHINGTON |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

TIM VINING REAL ESTATE APPRAISER AND CONSULTANTS, INC., a Washington corporation,

Plaintiff,

v.

CLARK JENNINGS & ASSOCIATES, INC., a Washington corporation; STEVE WEBER, and his marital community; HENRY JOHNSON, and his marital community; SCOTT ANDERSON, and his marital community; and JIM O'CONNOR, and his marital community,

Defendants.

CAUSE NO. CV-04-3110-RHW

JUDGMENT

Plaintiff having timely accepted Defendants' Offer of Judgment, and the Offer of Judgment and Plaintiff's Acceptance having been filed by the Plaintiff, it is hereby:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff owns a valid, existing copyright under U.S. Registration No. TX 5-455-482 for the work entitled, *Self-Contained Appraisal Report, A & B Hop*

JUDGMENT
Page 1 of 3

STRATTON BALLEW PLLC
213 S. 12TH AVENUE
YAKIMA, WASHINGTON 98902
TEL: (509) 453-1319 • FAX: (509) 453-4704

*Farms, Inc., Agricultural Properties, Grant County, Benton, County, and Walla Walla County, Washington.*

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendants are permanently enjoined from imitating, copying, counterfeiting, or making any unauthorized use of Plaintiff's copyrighted Appraisal Reports, or engaging in any activity constituting an infringement of Plaintiff's copyrights, or to assist, aid, or abet any other person in copying or infringing Plaintiff's copyrights.

AND IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff shall have a judgment against the Defendants on all claims and counterclaims in this action in the total amount of $50,000.00, inclusive of costs.

DATED: ~~September~~ October 3, 2005.

_____
for Clerk of the Court / Emerson, Deputy Clerk

Presented by:

By: s/ Patrick H. Ballew
    WSBA 16939
    s/Quinten S. Bowman
    WSBA 35064
    Attorneys for Plaintiffs
    STRATTON BALLEW PLLC
    213 S. 12th Avenue
    Yakima, WA 98902
    Telephone: (509) 453-1319
    Fax: (509) 453-4704
    E-mail: pballew@strattonballew.com
           qbowman@strattonballew.com

JUDGMENT
Page 2 of 3

STRATTON BALLEW PLLC
213 S. 12TH AVENUE
YAKIMA, WASHINGTON 98902
TEL: (509) 453-1319 • FAX: (509) 453-4704